■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAFARI LEWIS, Appellant. [26 NYS3d 711]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Forman, J.), rendered September 16, 2014, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

The County Court properly denied that branch of the defendant's omnibus motion which was to suppress physical evidence. Contrary to the defendant's contention, the police were entitled to pursue and arrest him after he committed the violation of

trespass in their presence (*see* CPL 140.10 [1] [a]; *People v Caba*, 78 AD3d 857, 858 [2010]; *People v Delgado*, 4 AD3d 310 [2004]). Since the pursuit was justified, the defendant's abandonment of his weapon during the pursuit was not precipitated by any illegal police conduct (*see People v Martinez*, 80 NY2d 444, 448-449 [1992]; *People v Caba*, 78 AD3d at 858; *People v Woods*, 281 AD2d 570 [2001], *affd* 98 NY2d 627 [2002]). Balkin, J.P., Roman, Cohen and Maltese, JJ., concur.